**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
Douglas W. Stern, Esq. (State Bar No. 82973)
Chris Keele, Esq. (State Bar No. 270606)
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614-6253
Telephone: (949) 622-4303
Facsimile: (949) 622-5756
E-Mail: Douglas.Stern@fnf.com

Attorneys for Defendant Chicago Title Company

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA / SAN DIEGO DIVISION

| | |
|---|---|
| SEAN M. PARK, MICHELLE PARK, <br><br> Plaintiffs, <br> v. <br><br> Washington Mutual Bank, FSB/JP Morgan Chase Home Finance LLC Lender; California Reconveyance Company Trustee; Chicago Title Company; Stocker Street Development; BCS International; Ramsgate Inc.; Blueline Funding Group; Janik Network, beneficiary under Universal Business Services; Tyona Jensen, Commission #1749359, Notary Public; Does 1-10; Universal Business Services; Albert E. Mora, Trustee, <br><br> Defendants. | CASE NO. 3:10-cv-01548-MMA-NLS <br><br> **STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE AS TO CHICAGO TITLE COMPANY** <br><br> Fed. R. Civ. Pro. 41 <br><br> Assigned to: Judge Michael M. Anello <br> Referred to: Magistrate Judge Nita L. Stormes |

Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiffs Sean M. Park and Michelle Park ("Plaintiffs") and Defendant Chicago Title Company submit their stipulation to dismiss Plaintiffs' Complaint with prejudice as against Chicago Title Company.

The parties agree that the dismissal shall apply to all of Plaintiffs' claims against Chicago Title Company, and that Chicago Title Company shall be

-1-

L49324    Stipulation to Dismiss Plaintiffs' Complaint against Chicago Title

1  dismissed from the case. The parties agree that the dismissal shall be with
2  prejudice. The parties agree that each party shall bear his, her, or its own attorney
3  fees and costs.
4      The parties request that the Court issue an order implementing the agreement
5  of the parties in the form accompanying this stipulated request.

8  Dated: January 31, 2011

    **FIDELITY NATIONAL LAW GROUP**
    A Division of Fidelity National Title
    Group, Inc.

    _____
    Douglas W. Stern
    Attorney for Defendant Chicago Title
    Company

15  Dated: January 27, 2011

    Sean M. Park, Plaintiff

    _____
    Sean M. Park

20  Dated: January 27, 2011

    Michelle Park, Plaintiff

    _____
    Michelle Park

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 17911 Von Karman Avenue, Suite 300, Irvine, California 92614.

On February 1, 2011, I served the foregoing document(s) described as **STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE AS TO CHICAGO TITLE COMPANY** on the interested parties in said action:

[X]  By placing  [ ] the original    [XX] a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **(BY MAIL)** I deposited such envelope in an internal collection basket. The envelope was mailed with postage thereon fully prepaid from Irvine, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if a postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends and email notification of the filing to the parties and counsel of record listed who registered with the Court's CM/ECF system.

[ ] **(BY FEDERAL EXPRESS)** I delivered to an authorized driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; or at that party's place of residence.

[ ] **(FACSIMILE)** I faxed such document from Irvine, California to the facsimile number(s) shown on the attached service list. The sending facsimile machine number is (949) 622-5756. The transmission was reported as complete and without error and the transmission report was properly issued by the transmitting facsimile machine.

[ ] **(STATE)** I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 1, 2011, at Irvine, California.

_____
Margaret Augustyniak

# SERVICE LIST
### *Park v. Washington Mutual, et al*
United States District Court
Southern District of California/San Diego Division
Case No. 3:10-cv-01548-MMA-NLS

| | |
|---|---|
| Sean M. Park<br>8011 Prospect Way<br>La Mesa, CA 91941-6426 | Plaintiff in Pro Per |
| Michelle Park<br>8011 Prospect Way<br>La Mesa, CA 91941-6426 | Plaintiff in Pro Per |
| Theodore E. Bacon, Esq<br>Amy L. Morse, Esq<br>Nanette B. Barragan, Esq<br>Adorno Yoss Alvarado & Smith<br>A Professional Corporation<br>633 W. Fifth Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 229-2400<br>Facsimile:  (213) 229-2499<br>Email: tbacon@adorno.com | Attorney for Defendant |